■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND GRANT, Appellant.—Judgment, Supreme Court, New York County, rendered on May 9, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Sullivan, Lupiano and Lynch, JJ.

■ AMERICAN JEWISH CONGRESS, et al., Petitioners, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Determination of the State Human Rights Appeal Board dated August 7, 1979, unanimously confirmed, on the merits, without costs and without disbursements. (See *Matter of Callaghan v New York State Div. of Human Rights,* 72 AD2d 679.) No opinion. Concur—Birns, J. P., Fein, Sullivan, Lupiano and Lynch, JJ.

■ LOUIS DREYFUS CORPORATION et al., Respondents-Appellants, v ACLI INTERNATIONAL, INC., et al., Appellants-Respondents.—Motion granted so as to amend the third line of the decretal paragraph of this court's order entered on November 20, 1979 and the third line of the first paragraph and the fourth line from the bottom of the last paragraph of the memorandum decision filed therewith [72 AD2d 712] by deleting the sum of $142,355 and substituting therefor the sum of $172,280. Concur—Bloom, J. P., Markewich, Lupiano and Ross, JJ.

■ In the Matter of RADU HERESCU for Admission to Practice Pro Hac Vice before the Courts of the State of New York.—Motion to be admitted *pro hac vice* before the courts of the State of New York denied. Concur—Kupferman, J. P., Birns, Fein, Markewich and Lupiano, JJ.